IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID EDMOND PEDIGO                                                                            PLAINTIFF

v.                                            Case No. 4:14-cv-4138

NURSE GRIFFIN; NURSE
HARRIS; NURSE FOWLER;
SHERIFF RON STOVALL;
WARDEN BRAZZEL                                                                               DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 25, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 46). Judge Bryant recommends that Plaintiff David Edmond Pedigo's case be dismissed without prejudice due to Plaintiff's failure to prosecute this case, failure to comply with the Federal Rules of Civil Procedure and the Local Rules, and failure to comply with the Court's orders.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 14th day of August, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge